## JOHN CHAMBERS & DAVID BOYD, *v.* JOHN CRAWFORD and JOSEPH BARKER.

*C H A M B E R S* and *Boyd* employed *Crawford* and *Barker*, boat-builders, to build for them a *Kentucky* boat, for conveying them and their families down the *Ohio.* The boat was built, delivered, and loaded; but

had not proceeded many miles, till she took in water, and continuing to do so, funk about a mile below the mouth of *Turtle-creek*, in the *Monongahela*. The goods aboard, worth upwards of 100*l.* were loft. The plaintiffs paid the defendants 14*l.* for the boat, being about a dollar *per* foot in length. They brought *assumsit* on an undertaking to build a sufficient *Kentucky* boat, averring it infufficient, and thereby loft with the goods.

*Rofs,* for defendants. One not a workman is not liable for infufficient work, without an exprefs promife. A workman is, without a promife. The defendants are workmen, and liable without a promife. But to what? Only to damage for time loft in getting a better boat. The employer ought not to accept the boat, and then, after a lofs, come on the workmen for infufficient workmanfhip. The employer ought to examine the work at the time, and then either accept or rejeft it conclufively; and he is bound by his acceptance; and cannot afterwards fay, that the work is bad. The lofs that has happened is, in a great meafure, owing to their own carelefsnefs, in tying the boat infufficiently to the fhore.

*Brackenridge,* argued for the plaintiffs, and drew a lively picture of their damage and diftrefs.

PRESIDENT. If a workman does work infufficiently, he is anfwerable for all confequences arifing from this infufficiency, notwithftanding an acceptance by the employer, without objections; for the employer is not to be prefumed acquainted with the execution of the work, and the workman muft be. If the lofs, in this cafe, happened through fuch carelefsnefs or accident, as, in the cafe of a fufficient boat, would have produced the fame effect, you will find for the defendants. But if the lofs happened through the infufficiency of the boat, meafuring that infufficiency by the exprefled intention of the parties, and the ufage of the trade, you will find for the plaintiffs, with damages adequate to their lofs.

The jury found for the plaintiffs 62*l.* 10*s.*